NOT FOR PUBLICATION                                                    (Doc. No. 9)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

———————————————————— :
                                                     :
JAMES E. TICE,                                       :
                                                     :
                           Plaintiff,                :      Civil No. 13-6894 (RBK/JS)
                                                     :
                  v.                                 :      **ORDER**
                                                     :
WINSLOW TOWNSHIP POLICE and                          :
PATROLMAN MICHAEL GIBSON,                            :
                                                     :
                           Defendants.               :
———————————————————— :

     **THIS MATTER** having come before the Court upon the motion of James E. Tice

("Plaintiff") for a default judgment; and

     **THE COURT OBSERVING** that the motion was filed on the same date as an

opposition to the motion of Defendants Winslow Township Police and Michael Gibson for an

extension of time to file an answer to the Complaint, see ECF Doc. No. 8; and

     **THE COURT FURTHER OBSERVING** that on April 2, 2014, Magistrate Judge

Schneider entered an Order finding that Plaintiff was not prejudiced by the short delay between

the time when the answer was due and the time when the motion for an extension was filed, and

granted Defendants' motion for an extension of time to answer the Complaint; and

     **THE COURT FINDING** that because Defendants complied with Judge Schneider's

Order by filing an answer to the Complaint on April 10, 2014 (ECF Doc. No. 11), the motion for

default is moot;

     **IT IS HEREBY ORDERED** that Plaintiff's motion for a default judgment is

**DISMISSED AS MOOT**.

Dated:  7/11/2014                                  s/ Robert B. Kugler
                                              ROBERT B. KUGLER
                                              United States District Judge